FILED by TB D.C.

Nov 17, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60295-CR-DIMITROULEAS/SNOW

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 641
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

FRISLER CLAIRVIL,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all material times to this Indictment:

1. The Social Security Administration ("SSA") is an agency of the United States and provided payment benefits to eligible individuals including Social Security Retirement Insurance Benefits ("RIB") and Social Security Disability Insurance Benefits ("DIB").

2. The SSA provides a broad range of services online at www.socialsecurity.gov including the ability of SSA beneficiaries to create a "My Social Security" online account. An individual can view their SSA benefit verification letters, check their SSA benefit and payment information, change their address and phone number, and start or change direct deposit of their SSA benefit payments through their "My Social Security" online account.

3. **FRISLER CLAIRVIL** was a resident of Broward County, Florida from at least

in or around October 2005, through in or around October 24, 2015.

## COUNT 1
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated herein.

2. From on or about June 10, 2013, and continuing through on or about October 24, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRISLER CLAIRVIL,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a)(2), namely: to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards registered to other persons, during any one-year period, and by such conduct did obtain something of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce.

## PURPOSE OF THE CONSPIRACY

The purpose of the conspiracy was for **FRISLER CLAIRVIL** and his co-conspirators to unjustly enrich themselves by obtaining Social Security Administration benefit payments to which they were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **FRISLER CLAIRVIL** and his co-conspirators sought to accomplish the purpose of the conspiracy included, among others, the following:

3. **FRISLER CLAIRVIL** and his co-conspirators fraudulently obtained the personal identity information of over 1,000 other persons, such as their names, social security numbers, and dates of birth, without their authority or knowledge.

4. **FRISLER CLAIRVIL** and his co-conspirators used the personal identity information to create "My Social Security" online accounts for Social Security Retirement Insurance Benefits ("RIB") beneficiaries without their authority or knowledge.

5. **FRISLER CLAIRVIL** and his co-conspirators used multiple Internet Protocol or "IP" addresses, which are a unique series of numbers used to identify computers over the Internet, including IP address 66.229.91.27, to create these "My Social Security" online accounts.

6. **FRISLER CLAIRVIL** and his co-conspirators used the personal identity information of other persons without their authority or knowledge in order to create these online bank accounts in the names of the stolen identities.

7. **FRISLER CLAIRVIL** and his co-conspirators re-directed, using IP address 66.229.91.27 and other IP addresses, over $300,000 in SSA benefit payments from existing RIB beneficiaries to online bank accounts which the defendant and his co-conspirators controlled.

8. **FRISLER CLAIRVIL** and his co-conspirators would use debit cards associated with the unauthorized online bank accounts to withdraw the fraudulently obtained SSA benefits for their own personal use and benefit.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about June 14, 2013, **FRISLER CLAIRVIL** used his own name, social security number and date of birth to create a "My Social Security" online account from IP address 66.229.91.27.

2. On or about February 8, 2015, a conspirator used the name and social security number of "R.W." without R.W.'s knowledge and authority to open a Go Bank checking account with account number ending in 5545.

3. On or about July 6, 2015, a conspirator redirected at least $1,569 in fraudulently obtained SSA retirement benefits into the Go Bank checking account ending in 5545.

4. On or about August 3, 2015, a conspirator used a debit card, with debit card number ending in 3091, to withdraw $500 from a Go Bank checking account ending in 5545 from an ATM in Orlando, Florida.

5. On or about March 19, 2015, a conspirator used the name and social security number of "G.H." without G.H.'s knowledge and authority to open a Go Bank checking account with account number ending in 3046.

6. On or about July 6, 2015, a conspirator redirected at least $1,392 in fraudulently obtained SSA retirement benefits into a Go Bank checking account ending in 3046.

7. On or about August 8, 2015, **FRISLER CLAIRVIL** used a debit card, with debit card number ending in 7117, to withdraw $500 from a Go Bank checking account ending in 3046 from an ATM in Tamarac, Florida.

8. On or about June 27, 2015, a conspirator used the name and social security number of "P.H." without P.H.'s knowledge and authority to open a Go Bank checking account with an account number ending in 9949.

9. On or about September 3, 2015, a conspirator redirected at least $1,319 in fraudulently obtained SSA retirement benefits into a Go Bank checking account ending in 9949.

10. On or about October 2, 2015, a conspirator used a debit card, with debit card number ending in 2189, relating to Go Bank checking account ending in 9949, to purchase a money order in the amount of $900 at a Wal-Mart in Tamarac, Florida.

11. On or about October 3, 2015, **FRISLER CLAIRVIL** used a debit card, with debit card number ending in 2189, relating to Go Bank checking account ending in 9949, to purchase money orders in the total amount of $1,400 at a Publix in Tamarac, Florida.

12. On or about October 3, 2015, **FRISLER CLAIRVIL** and a conspirator used a debit card, with debit card number ending in 2189, relating to Go Bank checking account ending in 9949, to make a $200 purchase at a Wal-Mart in Oveido, Florida.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Access Device Fraud
### (18 U.S.C. § 1029(a)(2))

From on or about October 25, 2014, through on or about October 24, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRISLER CLAIRVIL,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards registered to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNTS 3-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, the defendant,

**FRISLER CLAIRVIL,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is knowingly and willfully combining, conspiring, confederating and agreeing with other persons known and unknown to the Grand Jury to commit a violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 3 | August 8, 2015 | Go Bank account number ending in 3046 registered in the name of "G.H." |
| 4 | October 3, 2015 | Go Bank account number ending in 9949 registered in the name of "P.H." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS 5-6
### Theft of Government Money
### (18 U.S.C. § 641)

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRISLER CLAIRVIL,**

did knowingly receive, conceal, and retain, with the intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate value of which exceeded $1,000.00, that is, Social Security Administration benefits, knowing the Social Security Administration benefits to have been stolen, purloined and converted, as set forth in each count below:

| Count | Approx. Date | SSA Benefit Amount | Account Number |
|---|---|---|---|
| 5 | August 3, 2015 | Electronic Funds Transfer of Social Security Administration benefits issued to "G.H." in the amount of $1,392.00 | XXX-XX-3046 |
| 6 | October 2, 2015 | Electronic Funds Transfer of Social Security Administration benefits issued to "E.T." in the amount of $1,319.00 | XXX-XX-9949 |

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNTS 7-8
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, the defendant,

**FRISLER CLAIRVIL,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing, and retaining, with the intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate

7

value of which exceeded $1,000.00, that is, Social Security Administration benefits, knowing the Social Security Administration benefits to have been stolen, purloined and converted, as charged in Counts 5 and 6, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 7 | July 6, 2015 | Name, date of birth, and social security account number of "G.H." |
| 8 | September 3, 2015 | Name, date of birth, and social security account number of "E.T." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **FRISLER CLAIRVIL** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as charged in this Indictment, the defendant shall forfeit to the United States the following property: (a) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C); and (b) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

3. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
TIMOTHY J. ABRAHAM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRISLER CLAIRVIL,

          **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

\_\_\_ Miami    \_\_\_ Key West
**X** FTL    \_\_\_ WPB    \_\_\_ FTP

New Defendant(s)    Yes \_\_\_   No \_\_\_
Number of New Defendants \_\_\_
Total number of counts \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect _____

4. This case will take  **3-4**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | **X** |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | **X** |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes \_\_\_   **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes \_\_\_   **X** No

 

_____
Timothy J. Abraham
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 114372

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FRISLER CLAIRVIL__

Case No: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

*Max. Penalty: 5 Years' Imprisonment

Count #: 2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

*Max. Penalty: 10 Years' Imprisonment

Counts #: 5-6

Theft of Government Property

Title 18, United States Code, Section 641

*Max. Penalty: 10 Years' Imprisonment

Counts #: 3, 4, 7, and 8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty: 2 Years' Imprisonment (Consecutive to Any Other Sentence)

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.