# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

Date: 11/19/2015  Time: 11:00am

Defendant: Frisler Clairvil (J) ✓      J#: _____      Case #: 15-60295-cr-Dimitrouleas

AUSA: Timothy Abraham  Larry Bardfeld      Attorney: Daryl Wilcox - Duty

Violation: 18:1029; 1028; 641

Proceeding: Initial Appearance / Arraignment      CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: PTD

Bond Set at: _____      Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition:
Deft advised of charges
Deft sworn for counsel

FPD's Office appt -
Daryl Wilcox in court

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:

Report RE Counsel: _____

PTD/Bond Hearing: 11/30/15  10:00am  Duty (Seltzer)  FTL

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 11:35:09      Time in Court: 10 min

recalled: 13:10:08

Page: 15