FILED BY _CRL_ D.C.

JAN 1 7 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff(s)

V.                                Criminal Case No. 15-60295-CR

FRISLER CLAIRVIL
BOP Inmate No. 10302-104

    Defendant

_____

## MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT

_____

COMES NOW, the Defendant, Frisler Clairvil, pro se and unskilled in the field of law, and respectfully moves this Honorable Court to recommend that the Bureau of Prisons ("BOP") afford the Defendant the maximum allowed Residential Re-entry Center ("RRC")/halfway house placement time of 12 months preceding the end of his sentence. In support thereof, Defendant states as follows:

1. On April 8, 2016 Defendant was sentenced by this Court to a term of thirty eight (38) months imprisonment, concurrent with all Counts, followed by a term of three (3) years of supervised release, concurrent with all Counts.

2. Pursuant to the Second Chance Act of 2007 ("SCA") the BOP may place a defendant into RRC/halfway house up to twelve months prior to his release date if it is determined that Mr. Clairvil's placement in a halfway house is of *"sufficient duration to provide the greatest likelihood of successful reintegration into the community."*

3.  The criteria that the Bureau of Prisons is to consider in assessing an individual applicants'
    eligibility for up to twelve months of RRC/Halfway House includes:  any statement made
    by the Court concerning the purposes that warranted a sentence to imprisonment and
    recommending the type of correctional facility that would be appropriate.  18 U.S.C.
    3621(b)(4)(A), (B). **(See Exhibit 1a- Granted RRC 12 month motions).** An
    RRC/halfway house is a correctional facility with superior transitional programs to help
    inmates rebuild their ties to the community. Any recommendation by the Court is non-
    binding on the BOP and purely advisory.

4.  Mr. Clairvil is currently housed at the Federal Prison Camp in Pensacola, Florida.  His
    release date is August 21, 2018, and a **recommendation** for RRC placement will not
    affect this.

5.  Mr. Clairvil is 30 years old.  He is young enough to be reformed and rejoin law-abiding
    society with all the help of a judicial **recommendation** for prolonged placement and
    guidance at a federal halfway house.

6.  According to Federal Bureau of Prisons' Memorandum for Chief Executive Officers,
    June 24, 2010, (see **Exhibit 2: Revised Guidance for Residential Reentry Center
    (RRC) Placements**) Extended Pre-Release RRC/Halfway House time decisions *"are to
    focus on RRC placement as a mechanism to reduce recidivism."*  Mr. Clairvil's record of
    prior arrests, with a Criminal History Category of II, attests to his need for such
    comprehensive institutional rehabilitation.

7.  Mr. Clairvil's employment   history has been non-promotional, and socially
    marginalizing, with subsistence wages. Employment prospects are not promising without
    the retraining assistance at a federal RRC.

8.  In addition, Mr. Clairvil has participated in the following BOP programs in an attempt to prepare for his release and aid in his rehabilitation:

    a.  GED
    b.  Parenting
    c.  Resume Skills
    d.  Financial Peace
    e.  Grace & Forgiveness

9.  A **recommendation** that Mr. Clairvil be placed for 12 months at an RRC/Halfway House would be non-binding on the BOP but consistent with the reintegration principles of the Second Chance Act and would allow Mr. Clairvil to better address the underlying impetus that led to commission of his past and instant offenses.

10. A recommendation that Mr. Clairvil be afforded the maximum RRC/Halfway House placement time of 12 months would maintain the integrity of the disposition while still preserving the punitive aspect of his sentence since it would not modify the court's sentence and would allow Mr. Clairvil the opportunity to address and correct his elevated risk of recidivism by virtue of his arrest record, the nature of his offenses, his limited job skills, poor education, restitution, lack of savings or assets, poor peer influences, lack of stable release residence, support for 2minor children, an untreated drug and alcohol abuse history and a negative net worth. He will remain under the control of the BOP while in the supervised environment of the RRC as the law allows.

11. Mr. Clairvil expressed exceptional remorse and contrition regarding his commission of his offenses and he cooperated with the Prosecution.

12. The Attorney General of the United States and the Inspector General of the BOP have noted in reports and public statements that the BOP is under-utilizing various programs

available, such as RRC/halfway house.  It should also be noted that generous

RRC/halfway house placement reduces the cost of traditional incarceration.

13. If it pleases the court, for all the foregoing reasons, we request the court agree to

**recommend** 12 months of halfway house preceding release for Frisler Clairvil.

WHEREFORE NOW, above premises considered, the defendant respectfully requests that this

Honorable Court GRANT  [his] motion and all relief requested herein, issuing a judicial

**recommendation**  to the BOP that Defendant be granted the maximum placement time of 12

months of halfway house, reflecting the same and granting all other relief required by Law,

Liberty, and Equity.

Done this 6th Day of January, 2017.

Respectfully Submitted,

X _Frisler Clairvil_

Frisler Clairvil, Register # 10302-104
FPC Pensacola
PO Box 3949
Pensacola, FL 32516

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this pleading upon the Clerk of the Court, VIA US Mail, properly addressed, First-Class Postage prepaid. The accused further requests that a copy of this pleading be forwarded to all parties, VIA the CM/ECF System, as he is indigent, detained, and has no other means.

Done this 6th Day of January, 2017.

Respectfully Submitted,

X _____

Frisler Clairvil, Register # 10302-104
FPC Pensacola
PO Box 3949
Pensacola, FL 32516

FRISLER CLAIRVIL
10302-104
FEDERAL PRISON CAMP
P. O. BOX 3949
PENSACOLA, FLORIDA
32516

✰10302-104✧
United States Court
Southern District Florida
299 E. Broward Blvd Room 108
FORT Lauderdale, FL 33301
United States

